## 55741. MILLER v. THE STATE.

WEBB, Judge.

This is an attempted pro se appeal by a criminal defendant either from the same judgment appealed from and reviewed in *Miller v. State,* 144 Ga. App. 669 (242 SE2d 330) (1978), or perhaps from a later order of the trial court denying a motion to set that judgment aside. In neither event was the notice of appeal filed within 30 days of the entry of the order as required by Code Ann. § 6-803 (a), and accordingly this appeal must be dismissed. *Smith v. State,* 140 Ga. App. 492 (231 SE2d 493) (1976).

Even so, however, as heretofore ruled, there was ample evidence to support the verdict of guilty of the crime of burglary. *Miller v. State,* supra.

*Appeal dismissed. Quillian, P. J., and McMurray, J., concur.*

SUBMITTED APRIL 6, 1978 — DECIDED APRIL 25, 1978 — REHEARING DENIED MAY 12, 1978.

Gary Reno Miller, *pro se.*

*Johnnie L. Caldwell, Jr., District Attorney,* for appellee.